**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Maria Isabel MARTINEZ–TREVINO, also known as Isabel Maria Martinez–Trevino, Defendant–Appellant.**

No. 04–41596.
Summary Calendar.

United States Court of Appeals, Fifth Circuit.

Decided Nov. 9, 2005.

James Lee Turner, Assistant U.S. Attorney, U.S. Attorney's Office, Southern District of Texas, Houston, TX, for Plaintiff–Appellee.

Marjorie A. Meyers, Federal Public Defender, H Michael Sokolow, Federal Public Defender's Office, Southern District of Texas, Houston, TX, for Defendant-Appellant.

---

**434**

Before DAVIS, SMITH, and DENNIS, Circuit Judges.

PER CURIAM: *

Maria Isabel Martinez–Trevino ("Martinez") appeals her conviction and sentence for illegal reentry after a previous deportation. She argues that the "felony" and "aggravated felony" provisions of 8 U.S.C. § 1326(b)(1) and (2) are unconstitutional in light of *Apprendi v. New Jersey*, 530 U.S. 466, 120 S.Ct. 2348, 147 L.Ed.2d 435 (2000). Martinez raises an issue that she concedes is foreclosed, but she seeks to preserve it for further review.

This argument is foreclosed by *Almendarez–Torres v. United States*, 523 U.S. 224, 235, 118 S.Ct. 1219, 140 L.Ed.2d 350 (1998). *Apprendi* did not overrule *Almendarez–Torres. See Apprendi*, 530 U.S. at 489–90, 120 S.Ct. 2348; *see also United States v. Dabeit*, 231 F.3d 979, 984 (5th Cir.2000). The Supreme Court's decisions in *Blakely v. Washington*, 542 U.S. 296, 124 S.Ct. 2531, 159 L.Ed.2d 403 (2004), and *United States v. Booker*, —— U.S. ——, 125 S.Ct. 738, 160 L.Ed.2d 621 (2005), did not overrule *Almendarez–Torres. See Booker*, 125 S.Ct. at 756; *Blakely*, 124 S.Ct. at 2536–43. This court does not have the authority to overrule *Almendarez–Torres. See Dabeit*, 231 F.3d at 984. Accordingly, Martinez's conviction and sentence are AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.